# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TYROME HARRIS, SR.
ADC #121901                                                          PETITIONER

v.                          No. 5:18-cv-157-DPM

STATE OF ARKANSAS                                                    RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's recommendation, № 13, and overrules Harris's objections, № 14. FED. R. CIV. P. 72(b)(3). Contrary to Harris's argument, he was not sentenced as a habitual offender; he is ineligible for parole based on a different statute. *Compare* ARK. CODE ANN. § 5-4-501(c)(1) *with* ARK. CODE ANN. § 16-93-609(b); *see also* № 9-3 at 5. And Harris hasn't shown that the State courts misapplied clearly established law or made unreasonable factual findings. 28 U.S.C. § 2254(d)(1)–(2). His petition will therefore be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 February 2019