IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TYROME HARRIS, SR.
ADC #121901                                                          PETITIONER

v.                       No. 5:18-cv-157-DPM

STATE OF ARKANSAS                                                    RESPONDENT

# JUDGMENT

Harris's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

4 February 2019