# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TYROME HARRIS, SR.
ADC #121901                                                            PETITIONER

v.                            No. 5:18-cv-157-DPM

STATE OF ARKANSAS                                                      RESPONDENT

## ORDER

Second motion for leave to proceed *in forma pauperis* on appeal, № 29, denied for the reasons stated in the Court's 29 April 2019 Order denying a similar motion, № 27 & № 28.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

6 May 2019